**Order entered July 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00075-CV

**TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION,** Appellants

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN,** Appellees

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15296

## ORDER

Before the Court is court reporter Vielica Dobbins's July 15, 2019 second request for a thirty-day extension of time to file the record. We **GRANT** the request and **ORDER** the record be filed no later than August 14, 2019.


/s/     KEN MOLBERG
          JUSTICE